No. 94–5723. YOUNG, AKA GILKEY v. MANNION, JUDGE, CIRCUIT COURT OF ILLINOIS, COOK COUNTY, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 94–5724. ALEXANDER v. CORMIER ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5733. CATES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5736. THORPE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5761. LOPEZ-YANEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5767. CHANDLER v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–5770. BESSMAN v. WSOS COMMUNITY ACTION COMMISSION, INC. Ct. App. Ohio, Sandusky County. Certiorari denied.

No. 94–5775. ALI v. MCDADE, SUPERINTENDENT, HARNETT CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–5776. SPEIGHT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5778. AZIZ v. PERKINS ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–5781. MATTHEWS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5786. YAO KUANG SAETEURN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5794. DIAL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5797. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5801. FOLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.